# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-2705

—————————————————

HERMAN U. GREEN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

March 29, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Herman U. Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.